Page 1

1
2  UNITED STATES BANKRUPTCY COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  Case No. 13-10268-reg
5  - - - - - - - - - - - - - - - - - - - - -x
6  In the Matter of:
7
8  WINECARE STORAGE LLC,
9
10             Debtor.
11
12  - - - - - - - - - - - - - - - - - - - - -x
13
14             United States Bankruptcy Court
15             One Bowling Green
16             New York, New York
17
18             September 18, 2014
19             10:01 AM
20
21  B E F O R E:
22  HON. ROBERT E. GERBER
23  U.S. BANKRUPTCY JUDGE
24
25

Page 2

1   13-10268-reg WineCare Storage LLC Ch. 7

2   HEARING re Application Filed by Warren E. Agin, as Consumer

3   Privacy, for Allowance of Compensation and Reimbursement of

4   Expenses

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1  A P P E A R A N C E S :
 2  MEYER, SOUZZI, ENGLISH & KLEIN, P.C.
 3       Attorneys for the Chapter 7 Trustee
 4       990 Stewart Avenue
 5       Garden City, NY 11530
 6
 7  BY:  JILL MAZER-MARINO, ESQ.
 8
 9  SWIGGART & AGIN LLC
10       197 Portland Street
11       Fourth Floor
12       Boston, MA 02114
13
14  BY:  WARREN E. AGIN, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1                    P R O C E E D I N G S

2            THE COURT:  WineCare Storage.  Ms. Mazer-Marino, good

3    morning.  Anybody else appearing on this today?

4            MR. AGIN (TELEPHONICALLY):  Warren Agin.  I'm on the

5    telephone.

6            THE COURT:  Oh, okay.

7            MR. AGIN:  Privacy ombudsman.

8            THE COURT:  All right.  Mr. Agin, this is, as I

9    understand it, your application.  I don't understand it to be

10   opposed but Ms. Mazer-Marino is up here at the bench.

11           MR. AGIN:  Ms. Mazer-Marino --

12           THE COURT:  Who's going to speak first?

13           MR. AGIN:  -- I'm just pointing out that I had a typo

14   in the application.  The fees that are being requested are

15   $5698.50 and expenses of 39.60 which totals $5,738.10.  And in

16   one spot on the application, I think in paragraph 4, I

17   accidentally list $5738.10 as to the amount of the fees.  I

18   also noticed that in the summary sheet, I list the lode star as

19   the ubiquitous $5738, but the actual lode start amount was

20   $6,307.50.  There's a small amount of time that I was not

21   charging for.

22           We -- but Ms. Mazer-Marino has the correct numbers and

23   I understand that she'll have a form of order that has the

24   correct numbers on them.

25           THE COURT:  Okay.  Ms. Mazer-Marino?

1    MS. MAZER-MARINO:  For the record, Jill Mazer-Marino,
2    Chapter 7 trus --
3        THE COURT:  Forgive me.  I don't know what it is with
4    the microphones today.  I might be able to tune them up higher
5    but will you pull that mic closer to you, please, Ms. Mazer-
6    Marino.
7        MS. MAZER-MARINO:  Absolutely.
8        THE COURT:  Or even lift it up Oprah Winfrey style.
9        MS. MAZER-MARINO:  Okay.  That's the first time I've
10   ever had to lift up a microphone.
11       THE COURT:  I feel your pain.  Go ahead, please.
12       MS. MAZER-MARINO:  For the record, Jill Mazer-Marino,
13   Chapter 7 trustee for WineCare.  I have no objection to Mr.
14   Agin's fee app.  The numbers, as Mr. Agin stated on the record,
15   are correct and we'll be submitting an order of -- assuming
16   that Your Honor approves his fee application.
17       I just wanted to add that Mr. Agin's services were
18   reasonable necessary and helped effectuate the sale of the
19   debtor's business.
20       THE COURT:  Okay.  Well, thank you, Ms. Mazer-Marino.
21   Mr. Agin, your application's approved.
22       MR. AGIN:  Thank you.
23       THE COURT:  And has a form of order, and if I was just
24   told this, forgive me, been agreed upon between the two of you
25   folks?

1     MS. MAZER-MARINO: Yes, Your Honor. And I'll be
2  e-mailing a form of order to chambers.
3     THE COURT: Okay. Copy Mr. Agin on the e-mail
4  transmission. Give me a representation in the e-mail that both
5  sides have agreed that this should be the form of order and
6  I'll sign it as soon as I've got it.
7     MS. MAZER-MARINO: Certainly. Thank you, Your Honor.
8     THE COURT: Okay.
9     MS. MAZER-MARINO: And thank you for taking me out of
10 order.
11    THE COURT: Thank you. Okay. Mr. Agin, you can drop
12 off the line if you care to and have a good day.
13    MS. MAZER-MARINO: Thank you. You, too.
14    MR. AGIN: Thank you.
15    (Whereupon these proceedings were concluded at 10:04 a.m.)
16
17
18
19
20
21
22
23
24
25

```
 1
 2                          I N D E X
 3
 4   R U L I N G S
 5   DESCRIPTION                                    PAGE    LINE
 6   Fee application of Warren Agin, consumer         5      21
 7   privacy ombudsman, granted
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

C E R T I F I C A T I O N

I, Lisa Beck, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

Lisa Beck (CET**D 486)

AAERT Certified Electronic Transcriber

Veritext

330 Old Country Road

Suite 300

Mineola, NY 11501

Date: September 22, 2014

*Digitally signed by Lisa Beck*
*DN: cn=Lisa Beck, o, ou, email=digital1@veritext.com, c=US*
*Date: 2014.09.22 12:50:32 -04'00'*

| & | | | |
|---|---|---|---|
| **&**  3:2,9 | **accurate**  8:5 | **closer**  5:5 | **garden**  3:5 |
| **0** | **actual**  4:19 | **compensation**  2:3 | **gerber**  1:22 |
| **02114**  3:12 | **add**  5:17 | **concluded**  6:15 | **give**  6:4 |
| **1** | **agin**  2:2 3:9,14 4:4  4:4,7,8,11,13 5:14  5:21,22 6:3,11,14  7:6 | **consumer**  2:2 7:6 | **go**  5:11 |
| **10:01**  1:19 | | **copy**  6:3 | **going**  4:12 |
| **10:04**  6:15 | | **correct**  4:22,24 5:15 | **good**  4:2 6:12 |
| **11501**  8:16 | | **country**  8:14 | **granted**  7:7 |
| **11530**  3:5 | **agin's**  5:14,17 | **court**  1:2,14 4:2,6,8  4:12,25 5:3,8,11,20  5:23 6:3,8,11 | **green**  1:15 |
| **13-10268**  1:4 2:1 | **agreed**  5:24 6:5 | | **h** |
| **18**  1:18 | **ahead**  5:11 | | **hearing**  2:2 |
| **197**  3:10 | **allowance**  2:3 | **d** | **helped**  5:18 |
| **2** | **amount**  4:17,19,20 | **d**  4:1 7:2 8:10 | **higher**  5:4 |
| **2014**  1:18 8:18 | **anybody**  4:3 | **date**  8:18 | **hon**  1:22 |
| **21**  7:6 | **app**  5:14 | **day**  6:12 | **honor**  5:16 6:1,7 |
| **22**  8:18 | **appearing**  4:3 | **debtor**  1:10 | **j** |
| **3** | **application**  2:2 4:9  4:14,16 5:16 7:6 | **debtor's**  5:19 | **jill**  3:7 5:1,12 |
| **300**  8:15 | | **description**  7:5 | **judge**  1:23 |
| **330**  8:14 | **application's**  5:21 | **district**  1:3 | **k** |
| **39.60**  4:15 | **approved**  5:21 | **drop**  6:11 | **klein**  3:2 |
| **4** | **approves**  5:16 | **e** | **know**  5:3 |
| **4**  4:16 | **assuming**  5:15 | **e**  1:21,21,22 2:2 3:1  3:1,14 4:1,1 6:2,3,4  7:2 8:2 | **l** |
| **486**  8:10 | **attorneys**  3:3 | | **l**  7:4 |
| **5** | **avenue**  3:4 | **effectuate**  5:18 | **lift**  5:8,10 |
| **5**  7:6 | **b** | **electronic**  8:11 | **line**  6:12 7:5 |
| **5,738.10.**  4:15 | **b**  1:21 | **english**  3:2 | **lisa**  8:4,10 |
| **5698.50**  4:15 | **bankruptcy**  1:2,14  1:23 | **esq**  3:7,14 | **list**  4:17,18 |
| **5738**  4:19 | | **expenses**  2:4 4:15 | **llc**  1:8 2:1 3:9 |
| **5738.10**  4:17 | **beck**  8:4,10 | **f** | **lode**  4:18,19 |
| **6** | **bench**  4:10 | **f**  1:21 8:2 | **m** |
| **6,307.50.**  4:20 | **boston**  3:12 | **fee**  5:14,16 7:6 | **ma**  3:12 |
| **7** | **bowling**  1:15 | **feel**  5:11 | **mail**  6:3,4 |
| **7**  2:1 3:3 5:2,13 | **business**  5:19 | **fees**  4:14,17 | **mailing**  6:2 |
| **9** | **c** | **filed**  2:2 | **marino**  3:7 4:2,10  4:11,22,25 5:1,1,6,7  5:9,12,12,20 6:1,7,9  6:13 |
| **990**  3:4 | **c**  3:1 4:1 8:2,2 | **first**  4:12 5:9 | |
| **a** | **care**  6:12 | **floor**  3:11 | |
| **a.m.**  6:15 | **case**  1:4 | **folks**  5:25 | |
| **aaert**  8:11 | **certainly**  6:7 | **foregoing**  8:4 | **matter**  1:6 |
| **able**  5:4 | **certified**  8:11 | **forgive**  5:3,24 | **mazer**  3:7 4:2,10,11  4:22,25 5:1,1,5,7,9  5:12,12,20 6:1,7,9  6:13 |
| **absolutely**  5:7 | **certify**  8:4 | **form**  4:23 5:23 6:2  6:5 | |
| **accidentally**  4:17 | **cet**  8:10 | **fourth**  3:11 | |
| | **ch**  2:1 | **g** | **meyer**  3:2 |
| | **chambers**  6:2 | **g**  4:1 7:4 | **mic**  5:5 |
| | **chapter**  3:3 5:2,13 | | **microphone**  5:10 |
| | **charging**  4:21 | | |
| | **city**  3:5 | | |

**microphones** 5:4
**mineola** 8:16
**morning** 4:3

**n**

**n** 3:1 4:1 7:2,4 8:2
**necessary** 5:18
**new** 1:3,16,16
**noticed** 4:18
**numbers** 4:22,24 5:14
**ny** 3:5 8:16

**o**

**o** 1:21 4:1 8:2
**objection** 5:13
**oh** 4:6
**okay** 4:6,25 5:9,20 6:3,8,11
**old** 8:14
**ombudsman** 4:7 7:7
**opposed** 4:10
**oprah** 5:8
**order** 4:23 5:15,23 6:2,5,10

**p**

**p** 3:1,1 4:1
**p.c.** 3:2
**page** 7:5
**pain** 5:11
**paragraph** 4:16
**please** 5:5,11
**pointing** 4:13
**portland** 3:10
**privacy** 2:3 4:7 7:7
**proceedings** 6:15 8:5
**pull** 5:5

**r**

**r** 1:21 3:1 4:1 7:4 8:2
**reasonable** 5:18
**record** 5:1,12,14 8:5
**reg** 1:4 2:1
**reimbursement** 2:3

**representation** 6:4
**requested** 4:14
**right** 4:8
**road** 8:14
**robert** 1:22

**s**

**s** 3:1 4:1 7:4
**sale** 5:18
**september** 1:18 8:18
**services** 5:17
**she'll** 4:23
**sheet** 4:18
**sides** 6:5
**sign** 6:6
**small** 4:20
**soon** 6:6
**southern** 1:3
**souzzi** 3:2
**speak** 4:12
**spot** 4:16
**star** 4:18
**start** 4:19
**stated** 5:14
**states** 1:2,14
**stewart** 3:4
**storage** 1:8 2:1 4:2
**street** 3:10
**style** 5:8
**submitting** 5:15
**suite** 8:15
**summary** 4:18
**swiggart** 3:9

**t**

**t** 8:2,2
**telephone** 4:5
**telephonically** 4:4
**thank** 5:20,22 6:7,9 6:11,13,14
**think** 4:16
**time** 4:20 5:9
**today** 4:3 5:4
**told** 5:24
**totals** 4:15
**transcriber** 8:11

**transcript** 8:4
**transmission** 6:4
**true** 8:4
**trus** 5:2
**trustee** 3:3 5:13
**tune** 5:4
**two** 5:24
**typo** 4:13

**u**

**u** 7:4
**u.s.** 1:23
**ubiquitous** 4:19
**understand** 4:9,9 4:23
**united** 1:2,14

**v**

**veritext** 8:13

**w**

**wanted** 5:17
**warren** 2:2 3:14 4:4 7:6
**winecare** 1:8 2:1 4:2 5:13
**winfrey** 5:8

**x**

**x** 1:5,12 7:2

**y**

**york** 1:3,16,16